Entered on Docket
August 20, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA1, Mortgage Pass-Through Certificates, Series 2007-OA1, by Litton Loan Servicing, LP as Attorney in Fact
09-78149 / 100480482

# UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-16194-mkn |
| Robert Naylor and Rachelle Naylor | Motion no. 37<br>Date: 7/14/2010<br>Time: 1:30 |
| Debtors. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA1, Mortgage Pass-Through Certificates, Series 2007-OA1, by Litton Loan Servicing, LP as Attorney in Fact its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 1830 Fighting Falcon Lane, North Las Vegas NV and legally described as follows:

> Lot Fifty-Seven (57) in Block Six (6) in ELDORADO NO. 12-RCL NO. 19, as shown by map thereof recorded on 18th day of April, 2000 on file in Book 94, Page 13 of Plats, in the Office of the County Recorder of Clark County, Nevada.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

IT IS FURTHER ORDERED that in the event a Notice of Default was recorded against this particular property prior to July 1, 2009, the Debtor(s) can promptly submit a copy of this Order to the State of Nevada, Foreclosure Mediation Program and the Order will be construed as an agreement between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation under the Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program. The necessary information can be accessed at http://www.nevadajudiciary.us/

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the mediation program does not allow mediation for this property, Secured Creditor will start the foreclosure over by recording a new notice of default.

//
//
//

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby
2  withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee
3  of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its
4  secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the
5  foreclosure sale.

6

7  Submitted by:

8  Wilde & Associates

9
10 By _____#10235_____
    GREGORY L. WILDE, ESQ.
11  Attorney for Secured Creditor
    212 South Jones Boulevard
12  Las Vegas, Nevada 89107

13

14 Approved/Disapproved

15 Matthew E. Aaron, Esq.

16 By _____
    MATTHEW E. AARON, ESQ.
17  Attorney for Debtors
    2300 W. Sahara, Suite #650
18  Las Vegas, NV 89102

19  Nevada Bar No. 6985

20

21 Approved/Disapproved

22 Rick A. Yarnall

23

24 By _____
    RICK A. YARNALL
25  Chapter 13 Trustee
    701 Bridger Ave., Suite #820
26  Las Vegas, NV 89101

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
_X_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   _x_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor